UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NUMBER 5:06cr34

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN ALAN HUDSON, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion to Seal Defendant's Sentencing Memorandum and Accompanying Exhibits due to the highly sensitive nature of the information contained therein.

Having reviewed Defendant's Sentencing Memorandum and Accompanying Exhibits, and for the reasons set forth in Defendant's Motion, Defendant's Motion to Seal is <u>granted</u>.

**IT IS, THEREFORE ORDERED** that the Defendant's Motion to Seal Defendant's Sentencing Memorandum and Accompanying Exhibits is **GRANTED**.

Signed: May 9, 2007

Richard L. Voorhees
United States District Judge